FILED
CHARLOTTE, NC

MAR 18 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:25cr60-MOC |
| | ) | |
| v. | ) | **BILL OF INDICTMENT** |
| | ) | |
| MOHAMAD HAISAM KODAIMATI | ) | **UNDER SEAL** |
| | ) | |
| | ) | 26 U.S.C. § 7201 |
| | ) | |
| | ) | |

**THE GRAND JURY CHARGES:**

At the specified times and at all relevant times:

**Introductory Allegations**

1.      MOHAMAD HAISAM KODAIMATI was a resident of Mint Hill, North Carolina.

2.      On or about December 18, 2019, KODAIMATI incorporated RMcures Inc. ("RMcures") in the State of North Carolina.  On the Articles of Incorporation signed by KODAIMATI, KODAIMATI was identified as the President and registered agent of RMcures and it was represented that RMcures did not have a principal office. On or about May 26, 2021, RMcures was administratively dissolved by the State of North Carolina because it failed to file an annual report.

3.      On or about December 18, 2019, KODAIMATI opened a bank account in the name of RMcures at Bank of America, account ending 9284 ("BofA account 9284");

4.      On or about December 31, 2019, KODAIMATI opened a bank account in the name of RMcures at Bank of America, account ending 9174 ("BofA account 9174");

5.      On or about December 31, 2019, KODAIMATI caused to be opened a bank account at JP Morgan Chase, account ending 7046 ("JP Morgan account 7046") in the name of M.S.K.;

6.      The Internal Revenue Service was an agency of the United States Department of Treasury responsible for administering the tax laws of the United States including the ascertainment, computation, assessment, and collection of income taxes.

1

<h2 style="text-align:center"><u>COUNT ONE</u></h2>
26 U.S.C. § 7201<br>(Tax Evasion)

7. The Grand Jury realleges and incorporates by reference herein all of the allegations contained in paragraphs 1 through 6 of the Bill of Indictment, and further alleges that:

8. During the calendar year 2019, the defendant, MOHAMAD HAISAM KODAIMATI, a resident of Mint Hill, North Carolina, received taxable income, upon which there was a substantial income tax due and owing to the United States of America. Knowing the foregoing facts and failing to make an income tax return on or before April 15, 2020, as required by law, to any proper officer of the Internal Revenue Service, and to pay the income tax to the IRS, KODAIMATI, from on or about January 1, 2019, through in or about April 2022, in the Western District of North Carolina and elsewhere, willfully attempted to evade and defeat income tax due and owing by him to the United States of America, for the calendar year 2019, by committing the following affirmative acts, among others:

    a. On or about December 31, 2019, BofA account 9284 received an international wire transfer of $560,000.

    b. On or about December 31, 2019, KODAIMATI transferred and caused to be transferred $100,000 from BofA account 9284 to BofA account 9174;

    c. On or about December 31, 2019, KODAIMATI transferred and caused to be transferred $400,000 from BofA account 9284 to JP Morgan account 7046;

    d. On or about June 25, 2020, KODAIMATI submitted for filing with the IRS a false 2019 Form 1040 that underreported total income, but it was not accepted for filing because it was selected as having indicators of identity theft; and

    e. Between on or about December 31, 2019, and in or about April 2022, KODAIMATI made and caused to be made personal expenditures from JP Morgan account 7046 and BofA account 9174, including payments for personal credit card balances, to purchase vehicles and boats at government auctions, including purchases in nominee names, withdrawal of cash, and payment of expenses for family members.

All in violation of Title 26, United States Code, Section 7201.

2

## COUNT TWO
26 U.S.C. § 7201
(Tax Evasion)

9.      The Grand Jury realleges and incorporates by reference herein, all of the allegations contained in paragraphs 1 through 6 of the Bill of Indictment, and further alleges that:

10.     During the calendar year 2020, the defendant, MOHAMAD HAISAM KODAIMATI, a resident of Mint Hill, North Carolina, received taxable income, upon which there was a substantial income tax due and owing to the United States of America. Knowing the foregoing facts and failing to make an income tax return on or before April 15, 2021, as required by law, to any proper officer of the Internal Revenue Service, and to pay the income tax to the IRS, KODAIMATI, from on or about January 1, 2020, through in or about April 2022, in the Western District of North Carolina and elsewhere, willfully attempted to evade and defeat income tax due and owing by him to the United States of America, for the calendar year 2020, by committing the following affirmative acts, among others:

a.      On or about January 8, 2020, BofA account 9284 received an international wire transfer of $559,970;

b.      On or about January 10, 2020, KODAIMATI transferred and caused to be transferred $560,000 from BofA account 9284 to JP Morgan account 7046;

c.      Between on or about January 1, 2020, and in or about April 2022, KODAIMATI made and caused to be made personal expenditures from JP Morgan account 7046 and BofA account 9174, including payments for personal credit card balances, to purchase vehicles and boats at government auctions, including purchases in nominee names, withdrawal of cash, and payment of expenses for family members.

All in violation of Title 26, United States Code, Section 7201.

A TRUE BILL:

FOREPERSON

RUSS FERGUSON
UNITED STATES ATTORNEY

CARYN FINLEY
ASSISTANT UNITED STATES ATTORNEY

3

ROBERT GLEASON     by Caryn Finley
ASSISTANT UNITED STATES ATTORNEY

4